UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>                    Plaintiff,<br><br>vs.<br><br>**CHARLES O. PARKS, III**<br><br>                    Defendant. | **8:24MJ148**<br>**24-CR-125 (EDNY)**<br><br>**Magistrate Judge Gossett** |

## RULE 5 ORDER

An Indictment and Warrant (charging document) having been filed in the Eastern District of New York, charging the above-named defendant with 18:1343, 2 and 3551 Wire Fraud; (Count 2) 18:1956(a)(1)(B)(i), 2 and 3551 Money Laundering to Conceal Proceeds of Unlawful Activity; (Count 3) 18:1956(a)(l)(B)(ii), 2 and 3551 Money Laundering to A void Transaction Reporting Requirements; (Counts 4-6) 18:1957(a), 2 and 3551 Monetary Transactions in Property Derived from Specified Unlawful Activity and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

- ☒ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

- ☒ Waived his right to a preliminary examination.

- ☒ The government did not move for detention.

- ☒ Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

- ☒ Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the

Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

**IT IS SO ORDERED.**

DATED: April 16, 2024.

s/ F.A. Gossett
U.S. Magistrate Judge
